# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN



(Full name of plaintiff(s))

Steven D McCain

v.

(Full name of defendant(s))

Milwaukee Secure detention Facility 1015 N 10 st

Case Number:

**19-C-0145**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Milwaukee WI__, and is located at
   (State)

   House of Corrections 8885 South 68th St Franklin WI 53132
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __M.S.D.F Department of Corrections__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of ___N/A___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

My name is Steven D McCain S.P.N# 284421 now I am a inmate at House of Corrections 8885 S 68th St Franklin WI 53132 I have been harassed and mistreated on the 6th floor Special need unit sence I've been there. At M.S.D.F They have resently moved me from M.S.D.F to H.O.C so I would not get any hospital treatment on 12-28-18 officer mcwillams walk over me when I was hurt on the floor they called a

Complaint – 2

nurse ms.carter for me she said she would prescribe me some pain medication and I would recieve X-rays and I have not been seen at m.s.d.f. or H.O.C for my accident. On 12-26-18 I was walking out of my room for 6:15 Am standing count and accidently tripped over a electrical breathing machine cord that was not suppose to be there it was underneath the foot of my cell door and it made me fall face first into the stairwell and made me hurt my head, ribs and back. Everything was caught on tape and I have at least three witnesses inclueding sgt. hornandez I am still inpain and in need of medical treatment.

Complaint – 3

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ 20,000 .

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like a ward of 20,000 and for the D.O.C to put warning sighss up and for the D.O.C to treat inmates to the proper medical treatment they need.

E.  JURY DEMAND

   I want a jury to hear my case.

   ☑ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___1___ day of ___18___ 20_19_.

   Respectfully Submitted,

   _Steven D McCain_
   Signature of Plaintiff

   _28 4421_
   Plaintiff's Prisoner ID Number

   _Steven D McCain  H.O.C 8885 South_
   _68th St Franklin WI 53132_
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.